IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 4:22CR070 |
| v. | § | Judge Jordan |
| | § | |
| JEFFREY TYRONE STILLWELL | § | |

## NOTICE OF PLEA AGREEMENT

The government and the defendant, **Jeffrey Tyrone Stillwell**, have entered into a plea agreement in relation to the pending charges.

Respectfully submitted,

BRIT FEATHERSTON
UNITED STATES ATTORNEY

  /s/
M. ANDREW STOVER
Assistant United States Attorney
Texas State Bar No. 19349300
101 East Park Boulevard, Suite 500
Plano, Texas 75074
Tel: (972) 509-1201,
Fax: (972) 509-1209
andrew.stover@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document has been served on counsel for the defendant via electronic filing on this 9th day of December 2022.

  /s/
M. ANDREW STOVER